IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DUSTIN SWEETLAND,**
**ADC #135768**                                                                                                                       **PLAINTIFF**

V.                               **CASE NO. 4:17-CV-00538-JM-BD**

**FLORANE and**
**DOE**                                                                                                                                                           **DEFENDANTS**

## ORDER

On August 24, 2017, Dustin Sweetland, an Arkansas Department of Correction inmate, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In his complaint, Mr. Sweetland alleges that his constitutional rights were violated during his detention at the Sebastian County Jail.

Sebastian County is located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Fort Smith Division, Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED this 31st day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE